**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**BEAUFORT DIVISION**

| | | |
|---|---|---|
| **Katare Littlejohn and Emery Littlejohn, individually, and as Parents and Natural Guardians of A.L., a minor over the age of Fourteen (14) years,** | ) | **Civil Action No.: 9:26-cv-02829-DCN** |
| | ) | **Formerly No.: 2026-CP-27-00326** |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| **Kyle Elliott Roebuck and Commercial Roofing Specialists, Inc.,** | ) | |
| **Defendants.** | ) | |

**TO: THE UNITED STATES COURT:**

Under the provisions of Local Rule 26.01, Plaintiff, Katare Littlejohn and Emery Littlejohn, individually, and as Parents and Natural Guardians of A.L., a minor over the age of Fourteen (14) years, respond to the Court's Rule 26.01 Interrogatories as follows:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: To the best of Plaintiffs' knowledge and recollection, none.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER: Plaintiffs request a jury trial.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: Not Applicable. Plaintiffs are private individuals.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: Assertion of the claim in this division is proper because a substantial part of the alleged events or omissions giving rise to the claim occurred in this division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may* be related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties of property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Upon information and belief, this action is not related in whole or in part to any other matter in the District of South Carolina.**

F. If the defendants are improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Not Applicable**

G. If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Not Applicable**

H. In an action in which jurisdiction is based on diversity under 28 U.D.C. SS 1332(a), a party of intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under SS 1332(a).

**ANSWER: Plaintiffs are citizens of the State of Florida. Defendant Kyle Elliott Roebuck is a citizen of Georgia. Commercial Roofing Specialties, Inc. is a Georgia corporation with its principal place of business in Georgia.**

Respectfully Submitted,

**FARAH & FARAH**

s/Paul C Rathke
Paul C. Rathke (Fed No: 6970)
2541 N. Pleasantburg Drive, Suite R
Greenville, SC 29609
(864) 448-1959
prathke@farahandfarah.com
***Attorneys for Plaintiffs***

Greenville, South Carolina
July 21, 2026

**CERTIFICATE OF SERVICE**

I, the undersigned paralegal of the law offices of Farah & Farah, attorneys for Plaintiffs, do hereby certified that I have served a copy of the foregoing **PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** in connection with the above-referenced case by **ELECTRONIC MAIL ONLY** to the following address:

Richard E. McLawhorn, Jr., Esquire
Kara N. Wagstaff, Esquire
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
rem@swblaw.com
knw@swblaw.com
***Attorneys for Defendants***

Tessa W. Campbell

Greenville, South Carolina
July 21, 2026